UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HUNT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. RAMSEY, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-1129 CKD P<br><br><br>ORDER |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On September 3, 2019, the court dismissed plaintiff's complaint with leave to amend. Plaintiff's amended complaint is due October 7, 2019. Plaintiff asks that this action be stayed 120 days. He asserts his ability to litigate this case in the short term will be negatively affected by his being transferred to a different prison and his being re-sentenced in Los Angeles County.

/////
/////
/////
/////
/////
/////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a stay (ECF No. 10) is granted;

2. The Clerk of the Court is directed to administratively close this case; and

3. Plaintiff shall file a status report no later than 120 days from this order.

Dated: September 20, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hunt1129.mfs