UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HUNT, | No. 2:19-cv-1129 CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. RAMSEY, et al., | |
| Defendants. | |

Plaintiff has filed a motion asking that this matter be stayed 90 days because he is scheduled to appear in the Superior Court of Los Angeles County for re-sentencing on May 6, 2020. While plaintiff has not shown good cause for a stay, plaintiff will be granted an extension of time within which to file his second amended complaint.

Accordingly, IT IS HEREY ORDERED that:

1. Plaintiff's request for a stay (ECF No. 17) is denied.

/////
/////
/////
/////
/////
/////

2. Plaintiff is granted until July 15, 2020 to file his second amended complaint. Failure to file a second amended complaint by that date will result in a recommendation that this action be dismissed without prejudice.

Dated: April 22, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hunt1129.ext